**Order entered January 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01195-CV

## IN THE INTEREST OF I. C. AND S. M. C., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51665-2011**

## ORDER

Before the Court is appellee's January 10, 2019 motion for en banc reconsideration. The

Court requests appellant to file a response to appellee's motion, if any by **February 11, 2019**.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE